IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-00216-BO

| | |
|---|---|
| JNF, a minor child, by<br>Guardian *ad litem* PAUL EAGLIN<br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | ORDER FOR PAYMENT OF ATTORNEY<br>FEES AND EXPENSES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT<br>TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,625.82 ($4,565.00 in attorney's fees and $1,087.82 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment of: 1) the attorney's fees ($4,565.00) will be made by check payable to Plaintiff, a minor child, in care of his mother, Jessica Lawson, and mailed to 3409 Scott Street, Kinston, North Carolina 28504; and the payment of 2) the expenses ($1,087.82) will be made by check payable to attorney Paul Eaglin to his office at P.O. Box 6033, Syracuse, New York 13217-6033, in accordance with his court-appointment as Guardian *ad litem* of Plaintiff, a minor child.

SO ORDERED this _____ day of July, 2018

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE